# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 410 EAL 2013 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| v. | : of the Superior Court at No. 1461 EDA |
| | : 2012 filed July 3, 2013, **vacating** the |
| | : Judgment of Sentence of the Philadelphia |
| JOSE VARGAS, | : County Court of Common Pleas at No. |
| | : CP-51-CR-1300045-2006 filed January 5, |
| Respondent | : 2012 |

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **GRANTED** and the order of the Superior Court is **VACATED** on the basis of Commonwealth v. Castro, 19 EAP 2013 (Pa. filed June 16, 2014) (holding that a newspaper article containing allegations does not constitute evidence). The matter is **REMANDED** to that court for further proceedings. Jurisdiction relinquished.